UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS

------------------------------- X

Hermes Law, P.C. and Syzygy Legal Tech, Inc. d/b/a ClaimDeck,

      Plaintiffs,

  v.           Civil Action No.: 3:24-cv-00624-K

Silvia Diaz-Roa,

      Defendant.

------------------------------- X

### PLAINTIFFS HERMES LAW, P.C. AND SYZYGY LEGAL TECH, INC. D/B/A CLAIMDECK'S NOTICE OF DESIGNATION OF LEAD COUNSEL AND NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that the following attorneys, who are admitted to practice in the U.S. District Court, Northern District of Texas, are entering an appearance on behalf of Plaintiffs Hermes Law, P.C. and Syzygy Legal Tech, Inc. d/b/a ClaimDeck.

William S. Helfand will serve as Plaintiffs' lead counsel and attorney-in-charge.

      William S. Helfand
    Texas State Bar Number: 09388250
    Bill.Helfand@lewisbrisbois.com
     24 Greenway Plaza, #1400
      Houston, TX 77046
     Telephone: (713) 659-6767
     Facsimile: (713) 759-6830

Lamisa I. Chowdhury also enters her appearance as additional counsel for Plaintiffs.

      Lamisa I. Chowdhury
    Texas State Bar Number: 24110033
    Lamisa.Chowdhury@lewisbrisbois.com
     24 Greenway Plaza, #1400
      Houston, TX 77046
     Telephone: (713) 659-6767
     Facsimile: (713) 759-6830

49597000.1

Facsimile: (713) 759-6830

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH** LLP

_____
WILLIAM S. HELFAND
Texas Bar No. 09388250
LAMISA I. CHOWDHURY
Texas Bar No.: 24110033
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
bill.helfand@lewisbrisbois.com
lamisa.chowdhury@lewisbrisbois.com
**ATTORNEYS FOR PLAINTIFFS HERMES LAW, P.C. AND SYZYGY LEGAL TECH, INC. D/B/A CLAIMDECK**

**CERTIFICATE OF SERVICE**

I certify I served a true and correct copy of the foregoing to all counsel of record by the Court's electronic service on April 26, 2024.

_____
WILLIAM S. HELFAND